UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 28, 2017     **Time:** 14 minutes     **Judge:** EDWARD M. CHEN

**Case No.:** CR17-0297 EMC     **Case Name:** UNITED STATES v. Stephen L. Hodge

**Attorney for Plaintiff:** Leslie Wulff and Andrew Schupanitz

**Attorney for Defendant:** Steven Kowal

**Deputy Clerk:** Betty Lee     **Court Reporter:** Lydia Zinn
**Interpreter:** N/A     **Probation Officer:** N/A

## PROCEEDINGS

Status / Change of Plea

## SUMMARY

Plea agreement filed. Defendant pled guilty to Count 1 of the Information. Status to set sentencing date is scheduled for 3/28/18 at 2:30 p.m.